UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDON G. ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>CAM FERENBACH, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-00283-RFB-CSD<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation [ECF No. 34] of the Honorable Craig S. Denney, United States Magistrate Judge, entered March 28, 2022.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by April 11, 2022. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

**IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 34] is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that (ECF No. 10) Plaintiff's IFP application Plaintiff is permitted to maintain this action without prepaying the filing fee is GRANTED.

(2) The action is DISMISSED WITH PREJUDICE for the reasons set forth in this Report and Recommendation.

(3) Plaintiff is cautioned that if he persists in filing lawsuits where the court lacks jurisdiction, the defendants are immune from suit and fails to state a claim/includes frivolous claims, it may result in his being declared a vexatious litigant

DATED: May 10, 2022.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**